AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| TACTUS TECHNOLOGIES LLC, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-cv-1184-G |
| ZTE (USA) iNC, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Tactus Technologies LLC                          .

Date:   05/16/2019

/s/ Joseph P. Oldaker
*Attorney's signature*

Joseph P. Oldaker,  IL Bar No. 6295319
*Printed name and bar number*

Nelson Bumgardner Albritton PC
15020 S. Ravinia Ave., Suite 29
Orland Park, iL  60462
*Address*

joseph@nbafirm.com
*E-mail address*

(708) 675-1975
*Telephone number*

(708) 675-1786
*FAX number*