AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| TACTUS TECHNOLOGIES LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:19-cv-1184-G |
| ZTE (USA) INC., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Tactus Technologies LLC                                                                      .

Date:    05/17/2019

/s/ Brent Bumgardner
*Attorney's signature*

Brent Bumgardner,   Texas Bar No. 00795272
*Printed name and bar number*

NELSON BUMGARDNER ALBRITTON P.C.
3131 West 7th Street, Suite 300
Fort Worth, TX  76107

*Address*

brent@nbafirm.com
*E-mail address*

(817) 377-9111
*Telephone number*

(817) 377-3485
*FAX number*