# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2019 MAY 28  AM 10: 25

DEPUTY CLERK_____

Case Number: 3:19-CV-01184-G

Plaintiff:
**Tactus Technologies LLC**

vs.

Defendant:
**ZTE (USA) Inc**

Received these papers on the 20th day of May, 2019 at 12:43 pm to be served on **ZTE (USA) Inc. care of its Registered Agent, INCORP SERVICES, INC., 815 Brazos Street, Suite 500, Austin, Travis County, TX 78701**.

I, Thomas R. Kroll, being duly sworn, depose and say that on the **20th day of May, 2019** at **1:30 pm, I:**

served **ZTE (USA) Inc.** by delivering to its Registered Agent, **INCORP SERVICES, INC.**, by and through its designated agent, **JULIE STRUCK**, at the address of: **815 Brazos Street, Suite 500, Austin, Travis County, TX 78701**, a true copy of this **Summons in a Civil Action together with Complaint for Patent Infringement and attached Exhibits**, having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 20th day of May, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

Thomas R. Kroll
PSC - 3012, Exp. 8/31/2019

Our Job Serial Number: THP-2019005478
Ref: 1360368

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

@ 2:43 p.m

| Tactus Technologies LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:19-cv-01184-G |
| | ) | |
| ZTE (USA) Inc | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** ZTE (USA) Inc
c/o Its Registered Agent- Incorp Services, Inc.
815 Brazos, Suite 500, Richardson, TX  78701

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Timothy Grochocinski
15020 S Ravinia Ave
Suite 29
Orland Park , IL 60462

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-01184-G

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __ZTE (USA) INC.__
was received by me on *(date)* __5/30/19__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: