IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TACTUS TECHNOLOGIES LLC,**<br><br>                Plaintiff,<br><br>v.<br><br>**ZTE (USA) INC.,**<br><br>                Defendant. | Case No. 3:19-cv-1184-K<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Plaintiff Tactus Technologies LLC, ("Tactus"), by and through its counsel, and subject to the Order of the Court, hereby moves to extend the time within which Defendant ZTE (USA) Inc. ("ZTE" or "Defendant") may move, answer, or otherwise respond to the Complaint through and including July 22, 2019.

There have been no previous extensions requested in this case.

A proposed Order is attached hereto for the convenience of the Court.

| | |
|---|---|
| DATED: June 3, 2019 | /s/*Brent Bumgardner*<br>Timothy E. Grochocinski (IL Bar No. 6295055)<br>tim@nbafirm.com<br>Joseph P. Oldaker (IL Bar No. 6295319)<br>joseph@nbafirm.com<br>NELSON BUMGARDNER ALBRITTON PC<br>15020 S. Ravinia Ave., Suite 29<br>Orland Park, Illinois 60462<br>P. 708-675-1975<br><br>Brent Bumgardner (Texas Bar No. 00795272)<br>brent@nbafirm.com<br>NELSON BUMGARDNER ALBRITTON PC<br>3131 West 7thh Street, Suite 300<br>Fort Worth, Texas 76107<br>P.  817-377-9111<br><br>*COUNSEL FOR PLAINTIFF*<br>*TACTUS TECHNOLOGIES LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via CM-ECF on May 31, 2019 and on ZTE's outside counsel with their consent by sending it via email to keanataylor@upshawpllc.com and everettupshaw@upshawpllc.com because they have not yet formally appeared in this case.

/s/ *Brent Bumgardner*