IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TACTUS TECHNOLOGIES LLC,**<br><br>　　　　　　　Plaintiff,<br>v.<br><br>**ZTE (USA) INC.,**<br><br>　　　　　　　Defendant. | Case No. 3:19-cv-1184-K<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

　　Upon consideration of Plaintiff Tactus Technologies LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Plead.

　　**IT IS ORDERED** that Defendant ZTE (USA) Inc. is hereby granted an extension of time up to and including July 22, 2019, in which to move, answer, or otherwise respond to the Complaint filed in this action by Plaintiff Tactus Technologies LLC.

On this ____ day of _____ 2019.　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Ed Kinkeade
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge