IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TACTUS TECHNOLOGIES LLC,<br><br>                Plaintiff,<br>v.<br><br>ZTE (USA) INC.,<br><br>                Defendant. | Case No. 3:19-cv-1184-K<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD**

Upon consideration of Plaintiff Tactus Technologies LLC's Unopposed Motion for Second Extension of Time to Answer or Otherwise Plead.

**IT IS ORDERED** that Defendant ZTE (USA) Inc. is hereby granted an extension of time up to and including August 22, 2019, in which to move, answer, or otherwise respond to the Complaint filed in this action by Plaintiff Tactus Technologies LLC.


On this ____ day of _____ 2019.        /s/_____
                                                                Ed Kinkeade
                                                       United States District Judge