IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TACTUS TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ZTE (USA) INC.,**<br><br>Defendant. | Case No. 3:19-cv-1184-K |

### UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Tactus Technologies LLC ("Tactus") hereby notifies the Court that all matters in controversy between the parties have been settled in principle and that the parties are in the process of drafting and finalizing settlement and dismissal papers. Thus, the parties request that the Court stay the deadlines contained in the Court's Docket Control Order up to and including October 31, 2019, so that appropriate dismissal papers may be submitted by the parties. Counsel for Tactus has conferred with counsel for Defendant and Defendant agrees with and does not oppose this request.

DATED: September 5, 2019     Respectfully submitted,

/s/ *Brent Bumgardner*
Brent Bumgardner (Texas Bar No. 00795272)
brent@nbafirm.com
NELSON BUMGARDNER ALBRITTON PC
3131 West 7thh Street, Suite 300
Fort Worth, Texas 76107
P.  817-377-9111

Timothy E. Grochocinski
Illinois Bar No. 6295005
Joseph Oldaker
Illinois Bar No. 6295319
NELSON BUMGARDNER ALBRITTON PC
15020 S. Ravinia Ave., Suite 29
Orland Park, IL 60462
P. (708) 675-1794
tim@nbafirm.com
joseph@nbafirm.com

*COUNSEL FOR PLAINTIFF*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system on September 5, 2019

*/s/ Brent Bumgardner*