IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TACTUS TECHNOLOGIES LLC,<br><br>　　　　　　Plaintiff,<br>v.<br><br>ZTE (USA) INC.,<br>　　　　　　Defendant. | Case No. 3:19-cv-1184-K |

# ORDER

Before the Court is the plaintiff's Unopposed Motion to Stay All Deadlines and Notice of Settlement (the "Motion"). The Court, having fully considered the Motion, along with the other papers on file with the Court, is of the opinion that the Motion should be, and is hereby, **GRANTED**. It is therefore **ORDERED** that all deadlines in this case are hereby stayed up to and including October 31, 2019.