### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **TACTUS TECHNOLOGIES LLC,** | |
| Plaintiff, | |
| v. | Case No. 3:19-cv-1184-K |
| **ZTE (USA) INC.,** | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Tactus Technologies LLC hereby dismisses WITH PREJUDICE all claims asserted by Tactus against Defendant ZTE (USA) Inc. ("ZTE") in this action, subject to the terms of that certain agreement entitled "AGREEMENT" and dated August 21, 2019, with each party to bear its own costs, expenses, and attorneys' fees.

ZTE has not served an answer or a motion for summary judgment in this matter.

DATED: September 26, 2019

/s/*Brent Bumgardner*
Brent Bumgardner (Texas Bar No. 00795272)
brent@nbafirm.com
NELSON BUMGARDNER ALBRITTON PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
P.  817-377-9111

Timothy E. Grochocinski (IL Bar No. 6295055)
tim@nbafirm.com
Joseph P. Oldaker (IL Bar No. 6295319)
joseph@nbafirm.com
NELSON BUMGARDNER ALBRITTON PC
15020 S. Ravinia Avenue, Suite 29
Orland Park, Illinois 60462
P. 708-675-1975

*COUNSEL FOR PLAINTIFF*
*TACTUS TECHNOLOGIES LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via CM-ECF on September 26, 2019 and on ZTE's outside counsel with their consent by sending it via email to keanataylor@upshawpllc.com and everettupshaw@upshawpllc.com because they have not yet formally appeared in this case.

/s/ *Brent Bumgardner*