IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TACTUS TECHNOLOGIES LLC,**<br><br>　　　　　　Plaintiff,<br>v.<br><br>**ZTE (USA) INC.,**<br><br>　　　　　　Defendant. | Case No. 3:19-cv-1184-K |

**[PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Voluntary Dismissal with Prejudice filed by Plaintiff Tactus Technologies LLC.

The Court hereby ORDERS, ADJUDGES, AND DECREES that all claims asserted by Tactus against Defendant ZTE (USA) Inc. ("ZTE") in this action are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "AGREEMENT" and dated August 21, 2019.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.


On this ____ day of _____ 2019.　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Ed Kinkeade
　　　　　　　　　　　　　　　　　　　　United States District Judge